UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | | |
|---|---|---|
| BLEID SPORTS, LLC, | ) | |
| | ) | |
| Plaintiff | ) | CIVIL ACTION NO. 5:12-374-KKC |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | ) ) | |
| | ) | |
| Defendant | ) | |

\*\*\*\*   \*\*\*\*   \*\*\*\*   \*\*\*\*

In accordance with the opinion and order entered contemporaneously with this judgment, the Court HEREBY ORDERS AND ADJUDGES that:

(1)   Plaintiff's Motion for Leave to File an Amended Complaint is DENIED (DE 14);

(2)   Defendant's Motion to Dismiss all counts of Plaintiff's Complaint (DE 9) is GRANTED;

(3)   this judgment is FINAL and APPEALABLE; and

(4)   this matter is STRICKEN from the active docket of this Court.

Dated this 26th day of September, 2013.



Signed By:
Karen K. Caldwell
United States District Judge