UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | | |
|---|---|---|
| BLEID SPORTS, LLC | ) | *Electronically Filed* |
| | ) | |
| PLAINTIFF, | ) | |
| v. | ) | |
| | ) | |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION | ) ) | |
| | ) | CASE NO. 5:12-CV-00374-KKC |
| DEFENDANT. | ) | |
| | ) ) | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Bleid Sports, LLC ("**Bleid**"), appeals to the United States Court of Appeals for the Sixth Circuit from the Memorandum Opinion and Order denying Bleid's motion for leave to amend its complaint and granting Defendant's motion to dismiss, entered in this action on September 26, 2013. The Appellant is Bleid Sports, LLC. The Appellee against which this appeal is taken is the National Collegiate Athletic Association.

Respectfully submitted,

/s/Allison Brown Vermilion
Gregory S. Berman
gberman@wyattfirm.com
Allison Brown Vermilion
avermilion@wyattfirm.com
WYATT, TARRANT & COMBS LLP
500 West Jefferson Street
Suite 2800
Louisville, Kentucky 40202
(502) 589.5235
***Counsel for Plaintiff, Bleid Sports, LLC***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 11th day of October, 2013, the foregoing Notice of Appeal was electronically filed with the Clerk of the Court by using the CM/ECF system, which will then send a notice of electronic filing to all CM/ECF participants, including:

Edward H. Stopher
Charles H. Stopher
Michelle L. Duncan
BOEHL, STOPHER & GRAVES, LLP
Aegon Center, Suite 2300
400 West Market Street
Louisville, KY 40202
estopher@bsg-law.com
cstopher@bsg-law.com
mduncan@bsg-law.com
***Counsel for Defendant***

                /s/Allison Brown Vermilion
                Allison Brown Vermilion

60975504.1