Case No. 13-6341

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

BLEID SPORTS, LLC

      Plaintiff - Appellant

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

      Defendant - Appellee

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                         **ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: December 30, 2013